# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**JOHN M. DAVIS**                                                                                  **PETITIONER**
Reg. #84034-012

v.                           **CASE NO.: 2:08CV00072 BD**

**T.C. OUTLAW,**                                                                                  **RESPONDENT**
Warden, FCI- Forrest City

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus, with prejudice.

IT IS SO ORDERED this 25th day of November, 2008.

_____
UNITED STATES MAGISTRATE JUDGE